# EXHIBIT A

# PREJUDGMENT INTEREST SUPPORT – TIMOTHY PAGE



# U.S. Securities and Exchange Commission
## Prejudgment Interest Report

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$1,398,207.33** |
| 01/01/2017-03/31/2017 | 4.00% | 0.99% | $13,790.54 | $1,411,997.87 |
| 04/01/2017-06/30/2017 | 4.00% | 1% | $14,081.29 | $1,426,079.16 |
| 07/01/2017-09/30/2017 | 4.00% | 1.01% | $14,378.00 | $1,440,457.16 |
| 10/01/2017-12/31/2017 | 4.00% | 1.01% | $14,522.97 | $1,454,980.13 |
| 01/01/2018-03/31/2018 | 4.00% | 0.99% | $14,350.49 | $1,469,330.62 |
| 04/01/2018-06/30/2018 | 5.00% | 1.25% | $18,316.31 | $1,487,646.93 |
| 07/01/2018-09/30/2018 | 5.00% | 1.26% | $18,748.43 | $1,506,395.36 |
| 10/01/2018-12/31/2018 | 5.00% | 1.26% | $18,984.71 | $1,525,380.07 |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $22,567.27 | $1,547,947.34 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $23,155.60 | $1,571,102.94 |
| 07/01/2019-09/30/2019 | 5.00% | 1.26% | $19,800.20 | $1,590,903.14 |
| 10/01/2019-12/31/2019 | 5.00% | 1.26% | $20,049.74 | $1,610,952.88 |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $20,026.87 | $1,630,979.75 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $20,275.84 | $1,651,255.59 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $12,452.09 | $1,663,707.68 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $12,545.99 | $1,676,253.67 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $12,399.68 | $1,688,653.35 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $12,630.20 | $1,701,283.55 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $12,864.50 | $1,714,148.05 |
| 10/01/2021-11/30/2021 | 3.00% | 0.5% | $8,594.22 | $1,722,742.27 |

| Prejudgment Violation Range | Quarter Interest Total | Prejudgment Total |
|---|---|---|
| **01/01/2017-11/30/2021** | **$324,534.94** | **$1,722,742.27** |



## U.S. Securities and Exchange Commission
## Prejudgment Interest Report

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$755,858.05** |
| 01/01/2018-03/31/2018 | 4.00% | 0.99% | $7,455.04 | $763,313.09 |
| 04/01/2018-06/30/2018 | 5.00% | 1.25% | $9,515.27 | $772,828.36 |
| 07/01/2018-09/30/2018 | 5.00% | 1.26% | $9,739.75 | $782,568.11 |
| 10/01/2018-12/31/2018 | 5.00% | 1.26% | $9,862.50 | $792,430.61 |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $11,723.63 | $804,154.24 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $12,029.27 | $816,183.51 |
| 07/01/2019-09/30/2019 | 5.00% | 1.26% | $10,286.15 | $826,469.66 |
| 10/01/2019-12/31/2019 | 5.00% | 1.26% | $10,415.78 | $836,885.44 |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $10,403.90 | $847,289.34 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $10,533.24 | $857,822.58 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $6,468.83 | $864,291.41 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $6,517.61 | $870,809.02 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $6,441.60 | $877,250.62 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $6,561.35 | $883,811.97 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $6,683.07 | $890,495.04 |
| 10/01/2021-11/30/2021 | 3.00% | 0.5% | $4,464.67 | $894,959.71 |

| Prejudgment Violation Range | Quarter Interest Total | Prejudgment Total |
|---|---|---|
| **01/01/2018-11/30/2021** | **$139,101.66** | **$894,959.71** |



# U.S. Securities and Exchange Commission
## Prejudgment Interest Report

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$2,294,328.88** |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $33,943.50 | $2,328,272.38 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $34,828.40 | $2,363,100.78 |
| 07/01/2019-09/30/2019 | 5.00% | 1.26% | $29,781.54 | $2,392,882.32 |
| 10/01/2019-12/31/2019 | 5.00% | 1.26% | $30,156.87 | $2,423,039.19 |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $30,122.48 | $2,453,161.67 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $30,496.96 | $2,483,658.63 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $18,729.23 | $2,502,387.86 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $18,870.47 | $2,521,258.33 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $18,650.40 | $2,539,908.73 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $18,997.13 | $2,558,905.86 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $19,349.53 | $2,578,255.39 |
| 10/01/2021-11/30/2021 | 3.00% | 0.5% | $12,926.60 | $2,591,181.99 |

| Prejudgment Violation Range | Quarter Interest Total | Prejudgment Total |
|---|---|---|
| **01/01/2019-11/30/2021** | **$296,853.11** | **$2,591,181.99** |



# U.S. Securities and Exchange Commission
## Prejudgment Interest Report

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$3,218,304.22** |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $40,008.97 | $3,258,313.19 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $40,506.35 | $3,298,819.54 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $24,876.34 | $3,323,695.88 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $25,063.94 | $3,348,759.82 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $24,771.65 | $3,373,531.47 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $25,232.17 | $3,398,763.64 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $25,700.24 | $3,424,463.88 |
| 10/01/2021-11/30/2021 | 3.00% | 0.5% | $17,169.23 | $3,441,633.11 |

| Prejudgment Violation Range | Quarter Interest Total | Prejudgment Total |
|---|---|---|
| **01/01/2020-11/30/2021** | **$223,328.89** | **$3,441,633.11** |

# PREJUDGMENT INTEREST SUPPORT – TREVOR PAGE



# U.S. Securities and Exchange Commission
## Prejudgment Interest Report

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$898,207.33** |
| 01/01/2017-03/31/2017 | 4.00% | 0.99% | $8,859.03 | $907,066.36 |
| 04/01/2017-06/30/2017 | 4.00% | 1% | $9,045.81 | $916,112.17 |
| 07/01/2017-09/30/2017 | 4.00% | 1.01% | $9,236.42 | $925,348.59 |
| 10/01/2017-12/31/2017 | 4.00% | 1.01% | $9,329.54 | $934,678.13 |
| 01/01/2018-03/31/2018 | 4.00% | 0.99% | $9,218.74 | $943,896.87 |
| 04/01/2018-06/30/2018 | 5.00% | 1.25% | $11,766.39 | $955,663.26 |
| 07/01/2018-09/30/2018 | 5.00% | 1.26% | $12,043.98 | $967,707.24 |
| 10/01/2018-12/31/2018 | 5.00% | 1.26% | $12,195.76 | $979,903.00 |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $14,497.20 | $994,400.20 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $14,875.14 | $1,009,275.34 |
| 07/01/2019-09/30/2019 | 5.00% | 1.26% | $12,719.63 | $1,021,994.97 |
| 10/01/2019-12/31/2019 | 5.00% | 1.26% | $12,879.94 | $1,034,874.91 |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $12,865.25 | $1,047,740.16 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $13,025.19 | $1,060,765.35 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $7,999.21 | $1,068,764.56 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $8,059.54 | $1,076,824.10 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $7,965.55 | $1,084,789.65 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $8,113.63 | $1,092,903.28 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $8,264.15 | $1,101,167.43 |
| 10/01/2021-11/30/2021 | 3.00% | 0.5% | $5,520.92 | $1,106,688.35 |

| Prejudgment Violation Range | Quarter Interest Total | Prejudgment Total |
|---|---|---|
| **01/01/2017-11/30/2021** | **$208,481.02** | **$1,106,688.35** |



# U.S. Securities and Exchange Commission
## Prejudgment Interest Report

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$540,858.05** |
| 01/01/2018-03/31/2018 | 4.00% | 0.99% | $5,334.49 | $546,192.54 |
| 04/01/2018-06/30/2018 | 5.00% | 1.25% | $6,808.70 | $553,001.24 |
| 07/01/2018-09/30/2018 | 5.00% | 1.26% | $6,969.33 | $559,970.57 |
| 10/01/2018-12/31/2018 | 5.00% | 1.26% | $7,057.16 | $567,027.73 |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $8,388.90 | $575,416.63 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $8,607.60 | $584,024.23 |
| 07/01/2019-09/30/2019 | 5.00% | 1.26% | $7,360.31 | $591,384.54 |
| 10/01/2019-12/31/2019 | 5.00% | 1.26% | $7,453.07 | $598,837.61 |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $7,444.57 | $606,282.18 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $7,537.11 | $613,819.29 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $4,628.80 | $618,448.09 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $4,663.71 | $623,111.80 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $4,609.32 | $627,721.12 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $4,695.01 | $632,416.13 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $4,782.11 | $637,198.24 |
| 10/01/2021-11/30/2021 | 3.00% | 0.5% | $3,194.72 | $640,392.96 |

| Prejudgment Violation Range | Quarter Interest Total | Prejudgment Total |
|---|---|---|
| **01/01/2018-11/30/2021** | **$99,534.91** | **$640,392.96** |



# U.S. Securities and Exchange Commission
## Prejudgment Interest Report

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$2,294,328.88** |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $33,943.50 | $2,328,272.38 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $34,828.40 | $2,363,100.78 |
| 07/01/2019-09/30/2019 | 5.00% | 1.26% | $29,781.54 | $2,392,882.32 |
| 10/01/2019-12/31/2019 | 5.00% | 1.26% | $30,156.87 | $2,423,039.19 |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $30,122.48 | $2,453,161.67 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $30,496.96 | $2,483,658.63 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $18,729.23 | $2,502,387.86 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $18,870.47 | $2,521,258.33 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $18,650.40 | $2,539,908.73 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $18,997.13 | $2,558,905.86 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $19,349.53 | $2,578,255.39 |
| 10/01/2021-11/30/2021 | 3.00% | 0.5% | $12,926.60 | $2,591,181.99 |

| Prejudgment Violation Range | Quarter Interest Total | Prejudgment Total |
|---|---|---|
| **01/01/2019-11/30/2021** | **$296,853.11** | **$2,591,181.99** |



# U.S. Securities and Exchange Commission
## Prejudgment Interest Report

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$2,848,304.22** |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $35,409.25 | $2,883,713.47 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $35,849.44 | $2,919,562.91 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $22,016.38 | $2,941,579.29 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $22,182.40 | $2,963,761.69 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $21,923.72 | $2,985,685.41 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $22,331.29 | $3,008,016.70 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $22,745.55 | $3,030,762.25 |
| 10/01/2021-11/30/2021 | 3.00% | 0.5% | $15,195.33 | $3,045,957.58 |

| Prejudgment Violation Range | Quarter Interest Total | Prejudgment Total |
|---|---|---|
| **01/01/2020-11/30/2021** | **$197,653.36** | **$3,045,957.58** |

# PREJUDGMENT INTEREST SUPPORT – WELLESLEY HOLDINGS



# U.S. Securities and Exchange Commission
## Prejudgment Interest Report

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$1,928,907.12** |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $23,979.58 | $1,952,886.70 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $24,277.69 | $1,977,164.39 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $14,909.76 | $1,992,074.15 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $15,022.20 | $2,007,096.35 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $14,847.01 | $2,021,943.36 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $15,123.03 | $2,037,066.39 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $15,403.57 | $2,052,469.96 |
| 10/01/2021-11/30/2021 | 3.00% | 0.5% | $10,290.47 | $2,062,760.43 |

| Prejudgment Violation Range | Quarter Interest Total | Prejudgment Total |
|---|---|---|
| **01/01/2020-11/30/2021** | **$133,853.31** | **$2,062,760.43** |

# PREJUDGMENT INTEREST SUPPORT – PORRIMA LIMITED



# U.S. Securities and Exchange Commission
## Prejudgment Interest Report

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$753,238.52** |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $9,364.03 | $762,602.55 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $9,480.44 | $772,082.99 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $5,822.27 | $777,905.26 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $5,866.17 | $783,771.43 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $5,797.76 | $789,569.19 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $5,905.54 | $795,474.73 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $6,015.10 | $801,489.83 |
| 10/01/2021-11/30/2021 | 3.00% | 0.5% | $4,018.43 | $805,508.26 |

| Prejudgment Violation Range | Quarter Interest Total | Prejudgment Total |
|---|---|---|
| **01/01/2020-11/30/2021** | **$52,269.74** | **$805,508.26** |

# PREJUDGMENT INTEREST SUPPORT – EMERGENT INVESTMENTS



# U.S. Securities and Exchange Commission
## Prejudgment Interest Report

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$494,258.58** |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $6,144.47 | $500,403.05 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $6,220.86 | $506,623.91 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $3,820.44 | $510,444.35 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $3,849.25 | $514,293.60 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $3,804.36 | $518,097.96 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $3,875.09 | $521,973.05 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $3,946.97 | $525,920.02 |
| 10/01/2021-11/30/2021 | 3.00% | 0.5% | $2,636.80 | $528,556.82 |

| Prejudgment Violation Range | Quarter Interest Total | Prejudgment Total |
|---|---|---|
| **01/01/2020-11/30/2021** | **$34,298.24** | **$528,556.82** |

# PREJUDGMENT INTEREST SUPPORT – JANAN PAGE



# U.S. Securities and Exchange Commission
## Prejudgment Interest Report

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$500,000.00** |
| 01/01/2017-03/31/2017 | 4.00% | 0.99% | $4,931.51 | $504,931.51 |
| 04/01/2017-06/30/2017 | 4.00% | 1% | $5,035.48 | $509,966.99 |
| 07/01/2017-09/30/2017 | 4.00% | 1.01% | $5,141.58 | $515,108.57 |
| 10/01/2017-12/31/2017 | 4.00% | 1.01% | $5,193.42 | $520,301.99 |
| 01/01/2018-03/31/2018 | 4.00% | 0.99% | $5,131.75 | $525,433.74 |
| 04/01/2018-06/30/2018 | 5.00% | 1.25% | $6,549.93 | $531,983.67 |
| 07/01/2018-09/30/2018 | 5.00% | 1.26% | $6,704.45 | $538,688.12 |
| 10/01/2018-12/31/2018 | 5.00% | 1.26% | $6,788.95 | $545,477.07 |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $8,070.07 | $553,547.14 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $8,280.46 | $561,827.60 |
| 07/01/2019-09/30/2019 | 5.00% | 1.26% | $7,080.57 | $568,908.17 |
| 10/01/2019-12/31/2019 | 5.00% | 1.26% | $7,169.80 | $576,077.97 |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $7,161.63 | $583,239.60 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $7,250.66 | $590,490.26 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $4,452.88 | $594,943.14 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $4,486.46 | $599,429.60 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $4,434.14 | $603,863.74 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $4,516.57 | $608,380.31 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $4,600.36 | $612,980.67 |
| 10/01/2021-11/30/2021 | 3.00% | 0.5% | $3,073.30 | $616,053.97 |

| Prejudgment Violation Range | Quarter Interest Total | Prejudgment Total |
|---|---|---|
| **01/01/2017-11/30/2021** | **$116,053.97** | **$616,053.97** |



# U.S. Securities and Exchange Commission
## Prejudgment Interest Report

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$215,000.00** |
| 01/01/2018-03/31/2018 | 4.00% | 0.99% | $2,120.55 | $217,120.55 |
| 04/01/2018-06/30/2018 | 5.00% | 1.25% | $2,706.57 | $219,827.12 |
| 07/01/2018-09/30/2018 | 5.00% | 1.26% | $2,770.42 | $222,597.54 |
| 10/01/2018-12/31/2018 | 5.00% | 1.26% | $2,805.34 | $225,402.88 |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $3,334.73 | $228,737.61 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $3,421.66 | $232,159.27 |
| 07/01/2019-09/30/2019 | 5.00% | 1.26% | $2,925.84 | $235,085.11 |
| 10/01/2019-12/31/2019 | 5.00% | 1.26% | $2,962.72 | $238,047.83 |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $2,959.34 | $241,007.17 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $2,996.13 | $244,003.30 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $1,840.02 | $245,843.32 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $1,853.90 | $247,697.22 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $1,832.28 | $249,529.50 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $1,866.34 | $251,395.84 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $1,900.97 | $253,296.81 |
| 10/01/2021-11/30/2021 | 3.00% | 0.5% | $1,269.95 | $254,566.76 |

| Prejudgment Violation Range | | | Quarter Interest Total | Prejudgment Total |
|---|---|---|---|---|
| **01/01/2018-11/30/2021** | | | **$39,566.76** | **$254,566.76** |



# U.S. Securities and Exchange Commission
## Prejudgment Interest Report

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$370,000.00** |
| 01/01/2020-03/31/2020 | 5.00% | 1.24% | $4,599.73 | $374,599.73 |
| 04/01/2020-06/30/2020 | 5.00% | 1.24% | $4,656.91 | $379,256.64 |
| 07/01/2020-09/30/2020 | 3.00% | 0.75% | $2,859.97 | $382,116.61 |
| 10/01/2020-12/31/2020 | 3.00% | 0.75% | $2,881.54 | $384,998.15 |
| 01/01/2021-03/31/2021 | 3.00% | 0.74% | $2,847.93 | $387,846.08 |
| 04/01/2021-06/30/2021 | 3.00% | 0.75% | $2,900.88 | $390,746.96 |
| 07/01/2021-09/30/2021 | 3.00% | 0.76% | $2,954.69 | $393,701.65 |
| 10/01/2021-11/30/2021 | 3.00% | 0.5% | $1,973.90 | $395,675.55 |

| Prejudgment Violation Range | Quarter Interest Total | Prejudgment Total |
|---|---|---|
| **01/01/2020-11/30/2021** | **$25,675.55** | **$395,675.55** |