UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br>           Plaintiff,<br>     v.<br><br>**TIMOTHY PAGE, TREVOR PAGE, TICINO CAPITAL LIMITED, WELLESLEY HOLDINGS LIMITED, PORRIMA LIMITED, EMERGENT INVESTMENTS COMPANY, and FJ INVESTMENTS INTERNATIONAL INC.,**<br><br>           **Defendants,**<br><br>**JANAN PAGE,**<br><br>           **Relief Defendant.** | Civil Action No. 21-cv-5292-ARR-PK |

**PLAINTIFF'S NOTICE OF DISMISSAL
AS TO DEFENDANT TICINO CAPITAL LIMITED**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), plaintiff Securities and Exchange Commission ("Commission") hereby provides notice of its dismissal of its complaint without prejudice as to defendant Ticino Capital Limited ("Ticino"). The Commission's motion relates only to Counts 1 and 2 of the Complaint, as those counts pertain to defendant Ticino.

The Commission has been unable to confer with Ticino or counsel for Ticino because it has been unable to serve or contact Ticino. The Commission attempted to serve Ticino in Malta pursuant to the Hague Convention on the Service Abroad of Judicial And Extrajudicial Documents in Civil or Commercial Matters, but was unsuccessful. The Commission has recently learned that Ticino was stricken from the Maltese Business Register, which terminates

the company's existence under Maltese law, before service was attempted by Maltese authorities.

As a result, the Commission does not expect to be able to serve Ticinio in this case.

Dated:  June 28, 2023

Respectfully submitted,

**SECURITIES AND EXCHANGE COMISSION,**

By its attorneys,
/s/ *Kathleen B. Shields*
Alexandra B. Lavin (Mass Bar No. 687785)*
Kathleen Burdette Shields (Mass Bar No. 637438)*
SECURITIES AND EXCHANGE COMMISSION
Boston Regional Office
33 Arch St., 24th Floor
Boston, MA 02110
Phone: 617-573-8904 (Lavin),
617-573-8904 (Shields)
Fax: 617-573-4590
lavinal@sec.gov; shieldska@sec.gov

*Admitted *pro hac vice*

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document and the supporting declaration and exhibits were filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notice in this case.

The Commission will send copies to the following individuals and entities, who are not represented or registered to receive electronic notices in this case, via their last-known email address: Timothy Page, Janan Page, Wellesley Holdings Limited, and Porrima Limited.  The Commission will also send copies via international overnight mail to Timothy Page, Trevor Page, and Janan Page.  Prior attempts to send international overnight mail to Wellesley Holdings Limited, Porrima Limited, Emergent Investments Company, and Ticino Capital Limited were unsuccessful so copies will not be mailed to them.

/s/ Kathleen B. Shields
Kathleen B. Shields
